IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL L. FEIST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:08-cv-454-TFM |
| | ) [wo] |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

In accordance with the memorandum opinion entered herewith and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be, and it is hereby entered in favor of the Defendant, Commissioner of Social Security and against the Plaintiff, Michael L. Feist.

DONE this 13th of October, 2009.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE